UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 1956(h) |
| | ) Conspiracy to Commit Money |
| SHARON ANN WALTON | ) Laundering |
| | ) |

CR420-0014

PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offense charged in the Indictment are as follows:

Count 1:   Conspiracy to Commit Money Laundering
           18 U.S.C. § 1956(h)

- Imprisonment for not more than 20 years;
- A fine of not more than $500,000 or twice the value of the property involved in the transaction, whichever is greater;
- Not more than 3 years supervised release;
- $100 special assessment.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ Steven H. Lee

Steven H. Lee
Assistant United States Attorney
Georgia Bar Number 614037

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 FEB -6 PM 12:34
CLERK
SO. DIST. OF GA.