**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 4:20-cr-14 | **DATE:** 9/24/20 |
| **UNITED STATES OF AMERICA** | **TIME:** 9:04-10:10 |
| v. | **LOCATION:** SAVANNAH |
| **SHARON ANN WALTON** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Jamie Burrell |
| **Court Reporter:** FTR-SAV | **Law Clerk:** Matt Traut |
| **Probation Officer:** n/a | **Security:** Green |
| **Attorney(s) for Government:** Stephen Lee | |
| **Attorney(s) for Defendant:** Cameron Kuhlman | |

**PROCEEDINGS:    MOTION HEARING**

Motion(s) before the Court:

(Doc. 23) Motion for Release of Brady Materials, (Doc. 24) Motion for Disclosure of Evidence Under Rule 12(b)(4) and Extension of Time to File a Motion to Suppress Said Evidence, and (Doc. 25) Motion to Suppress Statements, First MOTION for Hearing (Jackson-Denno)

Government's witness(es):                                Defendant's witness(es):

   Matthew Williams-SA Secret Service

**ADDITIONAL COMMENTS/RULINGS:**

Motion for Release of Brady Materials, (Doc. 23)-9:04
-Parties rely on filed Motions.    -Motion under advisement, order to be entered.

Motion for Disclosure of Evidence, (Doc. 24)-9:06
-Argument Kulhman.-Response Lee.   -Parties Directed to Confer within 14 days.
-Defendant to file status report within 14 days.

Motion to Dismiss, (Doc. 25)-9:24
-Witness Matthew Williams Sworn, -Exhibits 1-5 admitted for use of this hearing.
-Defendant allowed to object to exhibit 2 for future hearings.
-Direct of Williams-Lee,   -Cross-Kuhlman,-Redirect-Lee,    Recross-Kuhlman.    -Redirect of Williams-Lee.
-Argument-Lee-10:01.    -Argument-Kulhman-10:06.
-Motion taken under advisement.